UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT H. GATTI, SR., ET AL.

VERSUS

THE STATE OF LOUISIANA, ET AL.

CIVIL ACTION

NO. 10-329-JJB-DLD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated February 25, 2011 (doc. no. 94). The arguments made in the objections are not persuasive. The court agrees with the analysis set forth by the Magistrate Judge.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the State's Motion to Remand (doc. no. 56) is GRANTED and this matter is REMANDED to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana. Further, the plaintiff's Motion to Remand (doc. no. 57) and defendants' Motion to Abstain pursuant to the Burford Doctrine (doc. no. 58) and Motion to Abstain (doc. no. 59), and Motion for Joinder with Motion to Abstain Pursuant to the Burford Doctrine (doc. no. 60) are DISMISSED AS MOOT.

Baton Rouge, Louisiana, this 12th day of May, 2011.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE