UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT H. GATTI, SR, ET AL

VERSUS

THE STATE OF LOUISIANA
THROUGH THE DEPARTMENT
OF CONSERVATION, ET AL

CIVIL ACTION

NO. 10-329-JJB-DLD

## ORDER

On May 12, 2011, this action was remanded to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana (doc. 104). On May 20, 2011, a motion was filed to stay the remand and all other action pending an appeal of the decision to remand (doc. 105) However, this court was divested of subject matter jurisdiction over the action on May 12, 2011, when the district clerk sent a certified copy of the remand order to the state court. See e.g., *Arnold v. Garlock, Inc.*, 278 F.3d 426 (5th Cir. 2001) (stating that "[o]nce the remand order is certified and mailed, however, the matter remanded is removed from federal jurisdiction").

Accordingly, **IT IS HEREBY ORDERED** that the motion to stay (doc. 104) be terminated for lack of subject matter jurisdiction.

Baton Rouge, Louisiana, May 23, 2011.

_____
JAMES J. BRADY
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA